J-A04031-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KATHY ANN SKOLSKY | : | |
| | : | |
| Appellant | : | No. 848 EDA 2018 |

Appeal from the Judgment of Sentence January 30, 2018
In the Court of Common Pleas of Delaware County Criminal Division at
No(s):  CP-23-SA-0000923-2017

BEFORE:   LAZARUS, J., KUNSELMAN, J., and COLINS*, J.

JUDGMENT ORDER BY COLINS, J.:              **FILED JANUARY 15, 2019**

Appellant, Kathy Ann Skolsky, appeals from the January 30, 2018 judgment of sentence of two fifty (50) dollar fines, plus costs, after she was found guilty of criminal trespass and disorderly conduct. ***See*** 18 Pa. C.S.A. §3503(b.1)(1)(i), §5503(a)(4), respectively.  Appellant contends that the evidence was not sufficient to support the verdict.  After careful review, we quash this appeal.  The appeal is stricken from the oral argument list.

Appellate briefs are required to conform to the Rules of Appellate Procedure. ***See*** Pa.R.A.P. 2101.  Included in the Rules is the requirement that brief of the Appellant contain a section for Appellant's argument. ***See*** Pa.R.A.P. 2111(a)(8).  "[I]f the defects are in the brief … are substantial, the appeal … may be quashed or dismissed." ***See*** Pa.R.A.P. 2101.

---

\*   Retired Senior Judge assigned to the Superior Court.

Although Appellant lists several issues in her brief, Appellant has failed to include an argument section in her brief. By Order of this Court, on December 19, 2018, Appellant was given seven (7) days to file the argument section of her brief. Appellant failed to comply with the Order. "This Court will not act as counsel and will not develop arguments on behalf of an appellant." *Commonwealth v. Kane*, 10 A.3d 327, 331 (Pa. Super. 2010) (citation omitted), *appeal denied*, 29 A.3d 796 (Pa. 2011). Additionally, this Court will not consider issues where Appellant fails to cite to any legal authority or otherwise develop the issue. *Commonwealth v. McLaurin*, 45 A.3d 1131, 1139 (Pa. Super. 2012); *see also Commonwealth v. Johnson*, 985 A.2d 915, 924 (Pa. 2009) (stating "where an appellate brief fails to provide any discussion of a claim with citation to relevant authority or fails to develop the issue in any other meaningful fashion capable of review, that claim is waived[]") (citations omitted), *cert. denied*, *Johnson v. Pennsylvania*, 131 S. Ct. 250 (2010).

As these defects in Appellant's brief are substantial, we are prevented from conducting meaningful appellate review. Accordingly, we elect to exercise our discretion pursuant to Rule 2101 and quash this appeal.

The "Commonwealth's Application For Advancement Or Continuance Of Oral Argument" is DISMISSED as MOOT.

Appeal quashed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 1/15/19